Lepine v. Chicago Waste Co., 211 Ill. App. 507.

## Abstract of the Decision.

APPEAL AND ERROR, § 801*—*what must be preserved in bill of exceptions*. A ruling of the trial court striking an affidavit of merits from the files cannot be reviewed in a court of appeals unless the pleading and ruling thereon are preserved in a bill of exceptions.

## Abraham Lepine, Appellee, v. Chicago Waste Company, Appellant.

### Gen. No. 24,244.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOSEPH P. RAFFERTY, Judge, presiding. Heard in this court at the March term, 1918. Reversed and remanded. Opinion filed July 1, 1918.

### Statement of the Case.

Action by Abraham Lepine, plaintiff, against Chicago Waste Company, defendant, for legal services. From a judgment for plaintiff for $200, defendant appeals.

RICHARD J. COONEY and JOHN A. VERHOEVEN, for appellant.

ABRAHAM LEPINE, *pro se.*

MR. PRESIDING JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

ATTORNEY AND CLIENT, § 135*—*what evidence is improperly excluded in action for services*. In an action by an attorney for legal services in obtaining information relative to alleged thefts from

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

defendant and in aiding to prosecute certain persons, where there was evidence that a certain person was a client of plaintiff, evidence was improperly excluded which tended to show that plaintiff's interest in the case was for the purpose of protecting such person in a controversy with another who, it was intimated, received certain property which it was charged was stolen from defendant.

## John E. Merz and Charles E. Merz, Appellants, v. Leon R. Stewart, Appellee.

### Gen. No. 24,000.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN RICHARDSON, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

### Statement of the Case.

Action in replevin by John E. Merz and Charles E. Merz, plaintiffs, against Leon R. Stewart, defendant, to recover a motorcycle and side car sold by plaintiffs in Indiana under a conditional sale contract to another person, who sold the car to defendant. From a judgment for defendant, plaintiffs appeal.

MARSHALL E. GALLION, for appellants.

LANNEN & HICKEY, for appellee.

MR. JUSTICE HOLDOM delivered the opinion of the court.

### Abstract of the Decision.

1. CONFLICT OF LAWS, § 49*—*when doctrine of comity between States has no application as to sale of personalty.* The doctrine of

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.